# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LAQUISHA DEMMINGS,

    Plaintiff,                                    Case No. 3:10-cv-468

    vs.

COMMISSIONER OF                          District Judge Thomas M. Rose
SOCIAL SECURITY,                         Magistrate Judge Michael J. Newman

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #17), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation filed on October 20, 2014 (Doc. #17) is **ADOPTED** in full;

2. Plaintiff's counsel is **AWARDED** $9,492.00 in attorney's fees; and

3. This case remains **TERMINATED** on the docket of this Court.

Date: November 14, 2014                                     *s/Thomas M. Rose

                                                                     THOMAS M. ROSE
                                                    UNITED STATES DISTRICT JUDGE